# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIX ROSADO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL WENEROWICZ,** | : | |
| **Superintendent, DISTRICT ATTORNEY,** | : | |
| **County of Berks, ATTORNEY** | : | |
| **GENERAL, State of Pennsylvania** | : | **No. 07-4429** |

## O R D E R

AND NOW, this 2nd day of October, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, petitioner's objections, and all other relevant papers of record, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. Petitioner's objections to the Report and Recommendation (paper no. 29) are **SUSTAINED in part**.

2. Petitioner's objections to the Report and Recommendation are **OVERRULED in part**.

3. The Report and Recommendation (paper no. 24) is **APPROVED** and **ADOPTED in part**.

4. The petition for a writ of habeas corpus (paper no. 1) is **DENIED**.

5. There is no basis for issuing a certificate of appealability.

*/s/ Norma L. Shapiro*

J.